■ In the Matter of THOMAS E. WHITE, Respondent, v KIM A. MACRAE, Appellant. [954 NYS2d 511]—Appeal from an order of the Family Court, Onondaga County (Thomas Benedetto, R.), entered December 15, 2011 in a proceeding pursuant to Family

Court Act article 8. The order directed respondent to, inter alia, stay away from the home of petitioner until December 15, 2012.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Fahey, Carni and Valentino, JJ.